# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN MALLOY | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 20-1804-JMY |
| THE DISTRICT ATTORNEY OF | : |
| MONTGOMERY COUNTY, ET AL. | : |

## ORDER

**AND NOW**, this 21st day of May, 2020, upon consideration of Petitioner Shawn Malloy's Amended Emergency Petition for Writ of Habeas Corpus and Action Pursuant to 42 U.S.C. § 1983 (ECF No. 7), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Amended Emergency Petition is **DISMISSED WITH PREJUDICE** as to Petitioner's claims asserted under 42 U.S.C. § 1983.

2. The Amended Emergency Petition is **DISMISSED WITHOUT PREJUDICE** as to Petitioner's claims for habeas corpus relief.

3. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

BY THE COURT

/s/ Judge John Milton Younge
Judge John Milton Younge